# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

Edward E. Kopko, Lawyer, P.C.
Attorney for Defendant
202 East State Street, Ste 403
Ithaca, New York 14850
607.269.1300; Fax 607.269.1301 `
Wednesday, November 27, 2024

| | |
|---|---|
| JORDAN RINDGEN, <br><br> Plaintiff, <br><br> v. <br><br> BROOME COUNTY; BROOME COUNTY DISTRICT ATTORNEY'S OFFICE; FORMER BROOME COUNTY DISTRICT ATTORNEY MICHAEL A. KORCHAK; FORMER CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN; ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON; ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN; DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER; UNIDENTIFIED JANE/JOHN DOE #1-10 BROOME COUNTY EMPLOYEES; CITY OF BINGHAMTON; POLICE CHIEF JOSEPH T. ZIKUSKI; CAPTAIN CORY MINOR; DETECTIVE AMANDA MILLER; UNIDENTIFIED JANE/JOHN DOE #1-10 CITY OF BINGHAMTON EMPLOYEES; HAILEY DEMKOVICH; and SAMANTHA HERCEG, all named individuals are sued in their individual capacities, <br><br> Defendants. | Case No. 3:24-cv-1325 (DNH/ML) |

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this court and I appear in this

case as counsel for Defendant, Hailey Demkovich. All notices given in this action and all

papers filed herein shall be served upon the undersigned at the address shown below

Edward E. Kopko
Edward E. Kopko, Lawyer, P.C.
NY USDC Bar Roll No. 510874
Attorney for Defendant, Hailey Demkovich
202 East State St, Ste 403
Ithaca, New York 14850
607.269.1300; Fax 607.269.1301
office@kopko.law
Wednesday, November 27, 2024

cc:
Michael D. Brown, Esq (Via: ECF)
Gabriella Levine, Esq (Via: ECF)
Hailey Demkovich (Via: email)

2.