UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JORDAN RINDGEN,

        Plaintiff,

- against -

BROOME COUNTY; BROOME COUNTY DISTRICT ATTORNEY'S OFFICE; FORMER BROOME COUNTY DISTRICT ATTORNEY MICHAEL A. KORCHAK; FORMER CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN; ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON; ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN; DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER; UNIDENTIFIED JANE/JOHN DOE #1-10 BROOME COUNTY EMPLOYEES; CITY OF BINGHAMTON; POLICE CHIEF JOSEPH T. ZIKUSKI; CAPTAIN CORY MINOR; DETECTIVE AMANDA MILLER; UNIDENTIFIED JANE/JOHN DOE #1-10 CITY OF BINGHAMTON EMPLOYEES; HAILEY DEMKOVICH; and SAMANTHA HERCEG, all named individuals are sued in their individual capacities,

        Defendants.

**NOTICE OF APPEARANCE**

Case No. 3:24-cv-01325-DNH-ML

---

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD

    I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for Defendants City of Binghamton, Police Chief Joseph T. Zikuski, Captain Corey Minor and Detective Amanda Miller.

Dated: December 2, 2024                  WHITEMAN OSTERMAN & HANNA LLP

                                          *s/William S. Nolan*
                        BY:  _____
                                      William S. Nolan, Esq. (BR No. 512108)
                                      *City of Binghamton, Police Chief Joseph T. Zikuski,*
                                      *Captain Corey Minor and Detective Amanda Miller*

One Commerce Plaza
Albany, New York 12260
Telephone: (518) 487-7600
wnolan@woh.com

TO:   Michael D. Brown, Esq.
Ziff Law Firm, LLP
*Attorneys for Plaintiff*
303 William Street
P.O. Box 3308
Elmira, New York 14901-1338
Telephone: (607) 733-8866
mbrown@zifflaw.com