UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JORDAN RINDGEN, | **NOTICE OF APPEARANCE** |
| Plaintiff, | Case No. 3:24-cv-01325-DNH-ML |
| - against - | |
| BROOME COUNTY; BROOME COUNTY DISTRICT ATTORNEY'S OFFICE; FORMER BROOME COUNTY DISTRICT ATTORNEY MICHAEL A. KORCHAK; FORMER CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN; ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON; ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN; DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER; UNIDENTIFIED JANE/JOHN DOE #1-10 BROOME COUNTY EMPLOYEES; CITY OF BINGHAMTON; POLICE CHIEF JOSEPH T. ZIKUSKI; CAPTAIN CORY MINOR; DETECTIVE AMANDA MILLER; UNIDENTIFIED JANE/JOHN DOE #1-10 CITY OF BINGHAMTON EMPLOYEES; HAILEY DEMKOVICH; and SAMANTHA HERCEG, all named individuals are sued in their individual capacities, | |
| Defendants. | |

---

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for Defendants City of Binghamton, Police Chief Joseph T. Zikuski, Captain Cory Minor and Detective Amanda Miller.

Dated: December 3, 2024                           WHITEMAN OSTERMAN & HANNA LLP

                                                                              *s/Conor Lynch*
                                              BY:   _____
                                                                              Conor Lynch, Esq. (BR No. 705755)
                                                                              *Attorneys for Defendants*
                                                                              *City of Binghamton, Police Chief Joseph T. Zikuski,*

*Captain Cory Minor and Detective Amanda Miller*
One Commerce Plaza
Albany, New York 12260
Telephone: (518) 487-7600
clynch@woh.com

TO:    Michael D. Brown, Esq.
        Ziff Law Firm, LLP
        *Attorneys for Plaintiff*
        303 William Street
        P.O. Box 3308
        Elmira, New York 14901-1338
        mbrown@zifflaw.com

        Edward E. Kopko, Esq.
        Edward E. Kopko, Lawyer, P.C.
        *Attorneys for Defendant*
        *Hailey Demkovich*
        202 East State Street, Suite 403
        Ithaca, New York 14850
        office@kopko.law