UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JORDAN RINDGEN,** | |
| *Plaintiff*, | **NOTICE OF APPEARANCE OF ROBERT A. BARRER** |
| vs. | |
| **BROOME COUNTY, et al.**, | Civil Action No.: 3:24-cv-01325-DNH-ML |
| *Defendants*. | |

**PLEASE TAKE NOTICE** that the undersigned hereby appears for Defendants Michael A. Korchak and Mark Loughran in the above-captioned matter and requests that he be placed on the Court's docket and mailing matrix.

DATED: December 5, 2024

**BARCLAY DAMON LLP**

By: s/Robert A. Barrer
    Robert A. Barrer
    Bar Roll No. 101099

*Attorneys for Defendants Michael A. Korchak and Mark Loughran*

Office and Post Office Address
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone (315) 425-2704
Facsimile: (315) 425-8544
E-Mail: rbarrer@barclaydamon.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which sent notification of such filing to the following:

**Ziff Law Firm, LLP**
Attn: Michael D. Brown
303 William Street
P.O. Box 1338
Elmira, NY 14901-1338
Mbrown@zifflaw.Com
*Attorneys for Plaintiff*

**Whiteman Osterman & Hanna LLP**
Attn: Conor Lynch, Gabriella Levine, William S. Nolan
One Commerce Plaza
Albany, NY 12260
Wnolan@woh.Com
Glevine@woh.Com
Wnolan@woh.Com
*Attorneys for Defendants City of Binghamton,*
*Police Chief Joseph T. Zikuski,*
*Captain Cory Minor and Detective Amanda Miller*

**Law Office of Edward E. Kopko**
Attn: Edward E. Kopko
202 East State Street, Suite 403
Ithaca, NY 14850
Office@kopkolaw.com
*Attorneys for Defendant Hailey Demkovich*

s/ Robert A. Barrer
Robert A. Barrer
Bar Roll No. 101099

30301237.1