UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**JORDAN RINDGEN,**

                   *Plaintiff*,

    *vs*.

**BROOME COUNTY, et al.**,

                   *Defendants*.

**STIPULATION EXTENDING TIME FOR MICHAEL A. KORCHAK AND MARK LOUHRAN TO RESPOND**

Civil Action No.:
3:24-cv-01325-DNH-ML

        **IT IS HEREBY STIPULATED**, by and between the undersigned, the attorneys for the Plaintiff and the Defendants Michael A. Korchak and Mark Loughran, that the time for Michael A. Korchak and Mark Loughran to answer, move or otherwise plead is extended up to and including December 27, 2024.

**DATED:**  December 5, 2024

| | |
|---|---|
| **BARCLAY DAMON LLP** | **ZIFF LAW FIRM, LLP** |
| By: s/Robert A. Barrer | By: s/Michael D. Brown |
|     Robert A. Barrer |     Michael D. Brown |
|     Bar Roll No. 101099 |     Bar Roll No. 520986 |
| *Attorneys for Defendants Michael A. Korchak and Mark Loughran* | *Attorneys for Plaintiff* |
| | Office and P.O. Address |
| Office and P.O. Address | 303 William Street |
| Barclay Damon Tower | P.O. Box 1338 |
| 125 East Jefferson Street | Elmira, NY 14901-1338 |
| Syracuse, New York 13202 | Email: Mbrown@zifflaw.Com |
| E-Mail: rbarrer@barclaydamon.com | |

**IT IS SO ORDERED.**

**DATED:**     December 6 , 2024
              Binghamton, New York

Miroslav Lovric
U.S. Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I electronically filed the foregoing

Stipulation using the CM/ECF system, which sent notification of such filing to the following:

**Ziff Law Firm, LLP**
Attn: Michael D. Brown
303 William Street
P.O. Box 1338
Elmira, NY 14901-1338
Mbrown@zifflaw.Com
*Attorneys for Plaintiff*

**Whiteman Osterman & Hanna LLP**
Attn: Conor Lynch, Gabriella Levine, William S. Nolan
One Commerce Plaza
Albany, NY 12260
Wnolan@woh.Com
Glevine@woh.Com
Wnolan@woh.Com
*Attorneys for Defendants City of Binghamton,*
*Police Chief Joseph T. Zikuski,*
*Captain Cory Minor and Detective Amanda Miller*

**Law Office of Edward E. Kopko**
Attn: Edward E. Kopko
202 East State Street, Suite 403
Ithaca, NY 14850
Office@kopkolaw.com
*Attorneys for Defendant Hailey Demkovich*

s/ Robert A. Barrer
Robert A. Barrer
Bar Roll No. 101099