UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JORDAN RINDGEN,

               Plaintiff,

-against-

BROOME COUNTY; BROOME COUNTY DISTRICT ATTORNEY'S OFFICE; FORMER BROOME COUNTY DISTRICT ATTORNEY MICHAEL A. KORCHAK; FORMER CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN; ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON; ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN; DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER; UNIDENTIFIED JANE/JOHN DOE #1-10 BROOME COUNTY EMPLOYEES; CITY OF BINGHAMTON; POLICE CHIEF JOSEPH T. ZIKUSKI; CAPITAL CORY MINOR; DETECTIVE AMANDA MILLER; UNIDENTIFIED JANE/JOHN DOE #1-10 CITY OF BINGHAMTON EMPLOYEES; HAILEY DEMKOVICH; and SAMANTHA HERCEG, all named individuals are sued in their individual capacities,

               Defendants.
_____

**NOTICE OF APPEARANCE**

Case No. 3:24-cv-01325 (DNH/ML)

TO:    THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON.

Dated: December 16, 2024        HACKER MURPHY, LLP

                                       By: /s/ Julie A. Nociolo
                                          Julia A. Nociolo
                                          Bar Roll No. 519914
                                        *Attorneys for Defendant Assistant District Attorney*
                                               *Alyssa Congdon*
                                         Office & P.O. Address
                                         28 Second Street
                                         Troy, New York   12180
                                         Telephone:  (518) 274-5820

TO:    All Parties (via CM/ECF)