UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**JORDAN RINGDEN**,

                Plaintiff,

v.

**BROOME COUNTY; BROOME COUNTY DISTRICT ATTORNEY'S OFFICE; FORMER BROOME COUNTY DISTRICT ATTORNEY MICHAEL A. KORCHAK; FORMER CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN; ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON; ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN; DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER; UNIDENTIFIED JANE/JOHN DOE #1-10 BROOME COUNTY EMPLOYEES; CITY OF BINGHAMTON; POLICE CHIEF JOSEPH T. ZIKUSKI, CAPTAIN CORY MINOR; DETECTIVE AMANDA MILLER; UNIDENTIFIED JANE/JOHN DOE #1-10 CITY OF BINGHAMTON EMPLOYEES; HAILEY DEMKOVICH; and SAMANTHA HERCEG, all Named individuals are sued in their individual Capacities;**

                Defendants.

**NOTICE OF APPEARANCE**

Civil Action No.: 3:24-cv-1325
(DNH/ML)

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Defendant Samantha Herceg in the above-referenced matter.

Dated: December 16, 2024

                **BOUSQUET HOLSTEIN PLLC**

           By:     s/ Lawrence M. Ordway, Jr.
                Kavitha Janardhan, Esq.
                Bar Roll Number: 509310
                Attorneys for Defendant Samantha Herceg
                Office and Post Office Address
                110 West Fayette Street, Suite 1000
                Syracuse, New York 13202
                Telephone: (315) 422-1500

TO: **ZIFF LAW FIRM, LLP**
Michael D. Brown, Esq.
Attorneys for Plaintiff
303 William St., P.O. Box 1338
Elmira, NY 14901-1338
Tel: 607-733-8866
mbrown@zifflaw.com

7288670.1