UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JORDAN RINGDEN,

                           Plaintiff,

v.

BROOME COUNTY; BROOME COUNTY DISTRICT ATTORNEY'S OFFICE; FORMER BROOME COUNTY DISTRICT ATTORNEY MICHAEL A. KORCHAK; FORMER CHIEF ASSISTANT DISTRICT ATTORNEY MARK LOUGHRAN; ASSISTANT DISTRICT ATTORNEY ALYSSA CONGDON; ASSISTANT DISTRICT ATTORNEY AMANDA CRONIN; DISTRICT ATTORNEY INVESTIGATOR JEFF J. WAGNER; UNIDENTIFIED JANE/JOHN DOE #1-10 BROOME COUNTY EMPLOYEES; CITY OF BINGHAMTON; POLICE CHIEF JOSEPH T. ZIKUSKI, CAPTAIN CORY MINOR; DETECTIVE AMANDA MILLER; UNIDENTIFIED JANE/JOHN DOE #1-10 CITY OF BINGHAMTON EMPLOYEES; HAILEY DEMKOVICH; and SAMANTHA HERCEG, all Named individuals are sued in their individual Capacities;

                           Defendants.

**STIPULATION AND CONSENT TO AN EXTENSION OF TIME**

Civil Action No.: 3:24-cv-1325
               (DNH/ML)

      **IT IS HEREBY STIPULATED AND AGREED THAT**, by and between counsel for the parties as listed below, that the time for Defendant, Samantha Herceg, to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter is hereby extended to, and including, January 17, 2025.

      This Stipulation may be executed in counterparts, which taken together shall be deemed one original document.

Date:   December 13, 2024

**ZIFF LAW FIRM, LLP**

_____
Michael D. Brown, Esq.
*Attorneys for Plaintiff Jordan Ringden*
303 William St., P.O. Box 1338
Elmira, NY 14901-1338
Tel: 607-733-8866
E-Mail: mbrown@zifflaw.com

7286294.1

Date:   December 13, 2024

**BOUSQUET HOLSTEIN, PLLC**

_____
Kavitha Janardhan, Esq.
*Attorneys for Defendant, Samantha Herceg*
110 West Fayette Street, Suite 1000
Syracuse, New York 13202
Tel: (315) 422-1500
E-Mail: kjanardhan@bhlawpllc.com

IT IS SO ORDERED:

_____
Miroslav Lovric
U.S. Magistrate Judge

Dated:   December 16, 2024
         Binghamton, NY