

February 13, 2025

**VIA E-FILING ONLY**

Hon. Anthony J. Brindisi, District Judge
United States District Court
Northern District of New York

RE:     RINDGEN v. BROOME COUNTY, et al.
          Case No. 3:24-cv-01325 (DNH/ML)

Dear Judge Brindisi:

The parties have stipulated and agreed that Plaintiff Jordan Rindgen will submit opposition papers to the motion to dismiss filed by defendants Michael Korchak and Mark Loughran, on or before March 24, 2025, with defendants' Reply papers due on or before April 4, 2025.

Should this meet Your Honor's approval, please "So Order" below.

Sincerely,

/s/ *Michael D. Brown*

Michael D. Brown, Esq.
mbrown@zifflaw.com


SO ORDERED this _____ day of February 2025.

                                                    _____
                                                    Hon. Anthony J. Brindisi
                                                    U.S District Court Judge

ZiffLaw.com     303 William Street, Elmira, NY 14902-1338 | P: 607-733-8866 | F: 607-732-6062