UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JORDAN RINDGEN,

                  *Plaintiff*,

  -against-

BROOME COUNTY, BROOME COUNTY DISTRICT ATTORNEY'S OFFICE, MICHAEL A. KORCHAK, *former Broome County District Attorney*, MARK LOUGHRAN, *former Chief Assistant District Attorney*, ALYSSA CONGDON, *Assistant District Attorney*, AMANDA CRONIN, *Assistant District Attorney*, JEFF J. WAGNER, *District Attorney Investigator*, UNIDENTIFIED JANE/JOHN DOE #1-10, *Broome County Employees*, CITY OF BINGHAMTON, POLICE CHIEF JOSEPH T. ZIKUSKI, CAPTAIN CORY MINOR, DETECTIVE AMANDA MILLER, UNIDENTIFIED JANE/JOHN DOE #1-10, *City of Binghamton Employees*, HAILEY DEMKOVICH, SAMANTHA HERCEG,

                  *Defendants*.
_____

**NOTICE OF MOTION**

3:24-CV-1325 (AJB-ML)

      **PLEASE TAKE NOTICE** that upon the enclosed Memorandum of Law, the undersigned, on behalf of Defendant Amanda Cronin (hereinafter "Ms. Cronin"), shall move this Court upon submission of the papers before the Honorable Anthony J. Brindisi, United States District Court Judge for an order pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings in Ms. Cronin's favor and for such other and further relief as the Court deems appropriate.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 7.1(a)(1) of the Local Rules of Practice of the United States District Court for the Northern District of New York, any papers to be submitted in opposition to this motion must be filed with the Clerk of the Court and served

1

upon counsel for Ms. Cronin no more than twenty-one (21) days after service of this motion, or on such other date as ordered by the Court.

DATED: February 24, 2025

                                            **CAPEZZA HILL, LLP**

                                            _____
                                            Benjamin W. Hill, Esq.
                                            Alexandra N. von Stackelberg, Esq.
                                            Attorneys for Amanda Cronin
                                            30 South Pearl Street, P-110
                                            Albany, New York 12207
                                            (518) 478-6065
                                            ben@capezzahill.com