**BARCLAY DAMON**<sup>LLP</sup>

**Erin M. Tyreman**
*Partner*

April 29, 2025

*Via Electronic Filing*

Hon. Anthony J. Brindisi
United States District Court Judge
U.S. District Court for the Northern District of New York

    Re:    <u>Jordan Rindgen v. Broome County, et al.</u>
             Case No. 3:24-cv-01325 (AJB/ML)

Dear Judge Brindisi:

    We represent Defendants District Attorney Michael Korchak and Chief Assistant District Attorney Mark Loughran in the above-referenced matter.

    I submit this correspondence as a letter motion seeking permission to file excess pages in our Reply to Plaintiff's Opposition to our Motion for Dismissal such that we request permission to file a Reply of twenty (20) pages in length. The basis for this request is that Plaintiff has filed a Memorandum which totals twenty-nine (29) pages in opposition to our motion, and also incorporates by reference arguments and case citations set forth in his opposition to the County and City Defendants (Dkt. 74). In doing so, the Plaintiff has lumped Korchak and Loughran in collectively with ADAs Congdon and Cronin as "District Attorney Defendants" throughout his Opposition arguing that the "District Attorney Defendants" were involved in the investigation and therefore are not entitled to absolute immunity. To properly Reply and analyze the specific activities of Korchak and Loughran for purposes of the application of absolute immunity, as well as address the arguments regarding the twelve causes of action from the Complaint, we believe that twenty (20) pages will be required.

    We thank the Court for its time, attention, and courtesies in this matter.

                        Very truly yours,

                        */s/ Erin M. Tyreman*
                        Erin M. Tyreman
                        Bar Roll No. 700711

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202 barclaydamon.com
ETyreman@barclaydamon.com  Direct: (315) 425-2751  Fax: (315) 425-8560

31253599.1