

August 6, 2025

***VIA E-FILING ONLY***

Hon. Anthony J. Brindisi, District Judge
United States District Court
Northern District of New York

RE:   RINDGEN v. BROOME COUNTY, et al.
       Case No. 3:24-cv-01325 (DNH/ML)

Dear Judge Brindisi:

The parties have stipulated and agreed that Plaintiff Jordan Rindgen will submit opposition papers to the motions to dismiss filed by defendants Broome County and Jeff Wagner on or before August 29, 2025, with defendants' Reply papers due on or before September 30, 2025.

Should this meet Your Honor's approval, please "So Order" below.

Sincerely,

/s/ *Michael D. Brown*

Michael D. Brown, Esq.
mbrown@zifflaw.com


SO ORDERED this _____ day of August, 2025.

                                                    _____
                                                    Hon. Anthony J. Brindisi
                                                    U.S District Court Judge